# United States Court of Appeals
## For the First Circuit

No. 11-2037

SUSAN LASS,

Plaintiff, Appellant,

v.

BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, L.P.,

Defendants, Appellees.

ERRATA

The opinion of this Court, issued on September 12, 2012, should be amended as follows.

On page 26, line 3 of Judge Boudin's dissenting opinion, replace "Reheboth" with "Rehoboth".